UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONA RYAN, on behalf of herself and
others similarly situated

        Plaintiff,

v.                                                     Case No:  2:14-cv-231-FtM-38CM

LP FORT MYERS, LLC,

        Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on review of Defendant's Motion to Stay/Compel Arbitration (Doc. 9) and Plaintiff's response (Doc. 11). In the response, Plaintiff asserts that her employment from July 2013 to February 2014 is not bound by the January 24, 2013 arbitration agreement. (Doc. 11, at 3-4; see Doc. 9-3; Doc. 9-4; Doc. 12). Defendant is directed to file a reply to this argument only. Thereafter, Plaintiff may file a sur-reply.

Accordingly, it is now

**ORDERED:**

Defendant shall file a reply addressing the validity of the arbitration agreement in light of Plaintiff's argument. (See Doc. 11, at 3-4). This reply should not exceed more

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

than five (5) pages, excluding exhibits. This reply is due no later than **June 26, 2014**.

Thereafter, Plaintiff may file a sur-reply not to exceed five (5) pages, excluding exhibits. This sur-reply is due no later than **July 3, 2014**.

    **DONE** and **ORDERED** in Fort Myers, Florida this 19th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record