Case 2:14-cv-00231-SPC-CM   Document 24   Filed 10/24/14   Page 1 of 2 PageID 183

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DONA RYAN, on behalf of herself and
others similarly situated

   Plaintiff,

v.             Case No: 2:14-cv-231-FtM-38CM

LP FORT MYERS, LLC,

   Defendant.
_____/

**ORDER[1]**

  This matter comes before the Court on Agreed Stipulation of Dismissal with Prejudice (Doc. #23) filed on October 24, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

  In this instance the parties indicate they have agreed all claims against Defendant LP Fort Myers, LLC should be dismissed with prejudice. All parties who have appeared

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

in this action have signed the notice, therefore this matter is due to be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

Pursuant to the Agreed Stipulation of Dismissal with Prejudice (Doc. #23) and Rule 41(a)(1)(A)(ii), the Complaint (Doc. #1) is **DISMISSED with prejudice**. The Clerk is directed to remove the stay flag. The Clerk is directed to close the case, terminate any pending motions, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of October, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record